# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 3:12-cv-630-LRH-WGC |
| | ) | |
| v. | ) | |
| | ) | CORRECTED MOTION FOR |
| $367,320.00 IN UNITED STATES | ) | EXTENSION OF TIME |
| CURRENCY | ) | TIME TO FILE ANSWER OR |
| | ) | RESPONSIVE PLEADING |
| Defendant. | ) | (FIRST REQUEST) |

Comes now the claimant, Aaron Jacob Mangin, by undersigned counsel and hereby moves this Court for an extension of time to file Answer or responsive pleading of twenty (20) days up to and including March 4, 2013.

This motion is brought pursuant to Local Rule 6-1 of the Local Rules of Practice for the United States District Court for the District of Nevada.

In support of this motion the claimant states as follows:

1. On November 28, 2012 the Plaintiff filed a Complaint for Forfeiture in Rem.

2. On January 21, 2013 the claimant Aaron Jacob Mangin filed a Claim of Right or Interest and Contesting of Forfeiture.

3. An Answer or responsive pleading is due to be filed by February 11, 2013. This motion for extension of time is being filed on February 2, 2013.

4. The claimant respectfully requests an extension of twenty (20) days in which to file an Answer or responsive pleading in order to allow the claimant sufficient time to research and prepare an appropriate pleading with the proper exercises of due diligence.

1

5.      The undersigned counsel understands that he must comply with LR IA 10-2 and file an appropriate petition to be admitted *pro hac vice* in this case and will comply with LR IA 10-2 by March 4, 2013.  (i.e., within 45 days of first appearance) (LR IA 10-2(e)).

WHEREFORE, the claimant Aaron Jacob Mangin, by counsel, hereby request an extension of time to file Answer or responsive pleading of twenty (20) days up to and including March 4, 2013.

Respectfully submitted,

/s/ John F. Crawford

**CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the foregoing pleading upon the following parties this 6th day of February, 2013 by electronic filing.

AUSA Greg Addington
OFFICE OF THE UNITED STATES ATTORNEY
100 West Liberty Street, Suite 600
Reno, NV 89501

/s/ John F. Crawford
JOHN F. CRAWFORD
Attorney for Defendant

John F. Crawford, 3433-45
CRAWFORD & DEVANE
1050 North College Avenue
Indianapolis, Indiana 46202
(317) 262-1052

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  February 15, 2013.

2