UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:12-cv-00630-LRH-WGC |
| Plaintiffs, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| $367,320.00 IN UNITED STATES ) CURRENCY, ) | |
| ) | |
| Defendants. ) | |

Before the court is the Government's Motion to Stay Responsive Briefing (#20[1]), regarding Claimant Aaron Jacob Mangin's ("Mangin") Motion to Dismiss (#15) and Claimant's Motion to Suppress Evidence (#14).

**I.      Facts and Procedural History**

Following the Government's seizure of $367,320.00 from Mangin, the Government filed its Complaint for Forfeiture *in Rem* (#1), to which Mangin filed his Amended Claim of Right or Interest (#13). Thereafter, Mangin filed his Motion to Suppress Evidence (#14) and Motion to Dismiss (#15), maintaining that the Government illegally searched and seized the $367,320.00, in violation of the Fourth Amendment because it did not have probable cause. In response, the Government then submitted special interrogatories to Mangin regarding his identity and his relationship to the seized money.

///

///

---

[1] Refers to the court's docket number.

## II. Discussion

Supplemental Rule of Federal Civil Procedure G governs civil forfeiture actions. Supplemental Rule G(6)(a) allows the government to serve the claimant special interrogatories "limited to the claimant's identity and relationship to the defendant property," provided the interrogatories are served within 21 days of the claimant's motion to dismiss the action. Supplemental Rule G(6)(c) further provides the government does not need to respond to the claimant's motion to dismiss until 21 days after the claimant has answered the government's interrogatories.

Here, the Government has served Mangin with special interrogatories within 21 days of Mangin's Motion to Dismiss. Hence, the Government has until 21 days after Mangin answers the interrogatories to respond to Mangin's Motion to Suppress Evidence and his Motion to Dismiss. Accordingly, the court shall grant the Government's Motion to Stay Responsive Briefing.

IT IS THEREFORE ORDERED that the Government's Motion to Stay Responsive Briefing (#20) is GRANTED. The Government shall have until twenty-one (21) days after Claimant answers the special interrogatories to respond to Claimant's Motion to Suppress Evidence (#14) and Motion to Dismiss (#15).

IT IS SO ORDERED.

DATED this 4th day of June, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE